IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI VALLEY TITLE INSURANCE COMPANY | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:09-cv-670 LG-RHW |
| BRADLEY J. LAWSON AND JULIE E. LAWSON | DEFENDANTS |

## ORDER GRANTING THE MOTION OF MISSISSIPPI VALLEY TITLE INSURANCE COMPANY FOR PARTIAL SUMMARY JUDGMENT

This matter having come before the Court on the Motion of Mississippi Valley Title Insurance Company ( "MVT") for Partial Summary Judgment [47] as to the counterclaims for punitive damages and attorneys fees filed by Bradley J. and Julie E. Lawson. The Lawsons have filed a Response [55] to that Motion that concedes that MVT's Motion for Partial Summary Judgment should be granted, and the Court, being fully advised in the premises, does hereby find that said Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion of Mississippi Valley Title Insurance Company for Partial Summary Judgment [47] as to the Lawsons' counterclaims for punitive damages and attorneys fees is hereby **GRANTED** and that the Lawsons' counterclaims for punitive damages and attorneys fees are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of August, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

SUBMITTED BY:

Gene D. Berry
Attorney for Mississippi Valley Title Insurance Co.
MSB # 2459
P. O. Box 1631
Madison, MS 39130
Telephone: (601) 898-0142
Facsimile: (601) 898-0144